IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HERMAN KONG AND PATRICIA A. KONG,<br><br>    Judgment Debtors.<br><br>WESTAMERICA BANK,<br><br>    Garnishee. | Miscellaneous Case No.1:09MC00044 LJO<br><br>ORDER TO PAY PROCEEDS FROM GARNISHED ACCOUNTS TO THE UNITED STATES |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee WestAmerica Bank

1. Shall pay the United States of America the sum of Thirty-Five Thousand One Hundred Ninety-Nine Dollars and Thirty-One Cents ( $35,199.31) together with interest accruing at the rate of Five Dollars and Forty Cents ($5.40) per day from October 23, 2009 until said payment is made to the Court from its account no. 275-46467-5.

2. Payment shall be made in United States' currency, cashier's check or certified funds.

3. If by cashier's check or certified funds, the instrument must be made payable to the Clerk of the

1  United States District Court and the notation "on behalf of HERMAN KONG Criminal Case
2  No. 1:92-CR-5073-LJO" shall be placed on the face of the check or instrument or transmittal
3  document.

4. In lieu, the Garnishee may provide a copy of this order to the Clerk of Court along with the payment.

5. Payment shall be sent to:

> United States District Court
> 2500 Tulare Street
> Room 1501
> Fresno, CA 93721

IT IS SO ORDERED.

**Dated:   January 4, 2010**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE