IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HERMAN KONG AND PATRICIA A. KONG,<br><br>    Judgment Debtors. | Miscellaneous Case No.1:09MC00044 LJO<br><br>ORDER TO PAY PROCEEDS FROM GARNISHED ACCOUNTS TO THE UNITED STATES |
| EDUCATIONAL EMPLOYEE'S CREDIT UNION,<br><br>    Garnishee. | |

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee Educational Employees' Credit Union

1.     Shall pay the United States of America the sum of Thirty Eight Thousand Dollars ($38,000) from its account No. 11203415.

2. Payment shall be made in United States' currency, cashier's check or certified funds.

3. If by cashier's check or certified funds, the instrument must be made payable to the Clerk of the United States District Court and the notation "on behalf of HERMAN KONG Criminal Case No. 1:92-CR-5073-LJO" shall be placed on the face of the check or instrument or transmittal document.

4. In lieu, the Garnishee may provide a copy of this order to the Clerk of Court along with the payment.

5. Payment shall be sent to:

> United States District Court
> 2500 Tulare Street
> Room 1501
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:     **January 4, 2010**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE