1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10                        (Fresno Division)

11

12   UNITED STATES OF AMERICA,              Miscellaneous Case No.1:09MC00044 LJO

13          Plaintiff,                       ORDER TO PAY PROCEEDS FROM
                                             GARNISHED ACCOUNTS TO THE
14          v.                               UNITED STATES

15   HERMAN KONG AND PATRICIA A. KONG,

16          Judgment Debtors.

17   _____

18   VALLEY BUSINESS BANK,

19          Garnishee.

20

21

22          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee Valley Business

23   Bank

24   1.     Shall pay to the United States of America the sum of  Thirty-Six Thousand Six Hundred Eighty-

25          Two Dollars and Forty-Three Cents ($36,682.43) from its account no. 1303356.

26   2.     Payment shall be made in United States' currency, cashier's check or certified funds.

27   3.     If by cashier's check or certified funds, the instrument must be made payable to the Clerk of the

28

United States District Court and the notation "on behalf of HERMAN KONG Criminal Case No. 1:92-CR-5073-LJO" shall be placed on the face of the check or instrument or transmittal document.

4.   In lieu, the Garnishee may provide a copy of this order to the Clerk of Court along with the payment.

5.   Payment shall be sent or delivered  to:

United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721

IT IS SO ORDERED.

**Dated:   January 4, 2010**                          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Order of Garnishment : Valley Business Bank